# IN THE UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| STANLEY BLACK & DECKER, INC., | ) | Civil No. 3:23-cv-1050 |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| PARK OHIO FORGED AND MACHINED | ) | |
| PRODUCTS LLC, d/b/a AJAX-CECO | ) | |
| Defendant. | ) | May 16, 2024 |

## JOINT STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41 of the Federal Rules of Civil Procedure, plaintiff/counterclaim-defendant Stanley Black & Decker, Inc. ("SBD") and defendant/counterclaim-plaintiff Park Ohio Forged and Machined Products LLC, d/b/a Ajax-CECO ("Ajax") hereby stipulate to the dismissal of the above-captioned action, including all claims and counterclaims, with prejudice. Each party shall bear its own costs and fees.

Respectfully submitted this 16th day of May, 2024.

**DEFENDANT, PARK OHIO FORGED AND MACHINED PRODUCTS LLC, d/b/a AJAX-CECO**

By: /s/ Joseph G. Fortner, Jr.
Joseph G. Fortner, Jr. (ct04602)
Halloran & Sage LLP
225 Asylum Street
Hartford, CT 06103
Phone: 860-522-6103
Fax: 860-548-0006
fortner@halloransage.com

**PLAINTIFF, STANLEY BLACK & DECKER INC.**

By: /s/ John W. Cerreta
John W. Cerreta (ct28919)
Day Pitney LLP
Goodwin Square
225 Asylum Street
Hartford, Connecticut 06103
Telephone: (860) 275-0665
Facsimile: (860) 881-2517
jcerreta@daypitney.com

-2-

## **CERTIFICATION**

      I hereby certify that on this date a copy of foregoing was filed electronically.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


                                             <u>/s/ John W. Cerreta</u>
                                              John W. Cerreta